# AKRON POLICE DEPARTMENT

### FIELD CASE REPORT

CASE# **2026-00021049**

## EVENT

| REPORTED DATE/TIME | OCCURRED INCIDENT TYPE | |
|---|---|---|
| 2/23/2026  10:52 | **Theft/Larceny** | |
| OCCURRED FROM DATE/TIME | OCCURRED THRU DATE/TIME | LOCATION OF OCCURRENCE |
| 09/11/2024 08:00 | 02/23/2026  11:00 | **10 N MAIN ST** <br> **Akron, OH 44308** |

## OFFENSES

| | STATUTE/DESCRIPTION | COUNTS | ATTEMPT/COMMIT |
|---|---|---|---|
| 01 | **2921.41A2** <br> **Theft In Office - government property** | 1 | Completed |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I certify this to be a
true copy of the original.



910

Akron Police Department

Record Room

## SUBJECT

| JACKET/SUBJECT TYPE **Adult** | NAME (LAST, FIRST, MIDDLE, SUFFIX) | | | | | |
|---|---|---|---|---|---|---|
| **Suspect** | **JOHNSON, DARIAN ANTHONY** | | | | | |
| DOB 09/28/1990  AGE or AGE RANGE 35 | ADDRESS (STREET, CITY, STATE, ZIP) **1597 DELIA AVE AKRON, OH 44320** | | | | | |
| RACE **Black** | SEX **Male** | HEIGHT or RANGE 5'9"  5'9" | WEIGHT or RANGE 160  160 | HAIR **Brown** | EYE **Brown** | |
| DL NUMBER/STATE ▓▓▓ | PRIMARY PHONE ▓▓▓ | PHONE #2 | | PHONE #3 | | |

## SUBJECT

| JACKET/SUBJECT TYPE **Business** | NAME (LAST, FIRST, MIDDLE, SUFFIX) | | | | | |
|---|---|---|---|---|---|---|
| **Victim** | **Akron Public School,** | | | | | |
| DOB  AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) **10 N MAIN ST Akron, OH 44308** | | | | | |
| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE | |
| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | | PHONE #3 | | |

## SUBJECT

| JACKET/SUBJECT TYPE **Adult** | NAME (LAST, FIRST, MIDDLE, SUFFIX) | | | | | |
|---|---|---|---|---|---|---|
| **Informational** | **CANFIELD, CHASE DONALD** | | | | | |
| DOB 04/29/1972  AGE or AGE RANGE 53 | ADDRESS (STREET, CITY, STATE, ZIP) **10 N MAIN ST Akron, OH 44308** | | | | | |
| RACE | SEX **Male** | HEIGHT or RANGE 6'5"  6'5" | WEIGHT or RANGE 225  225 | HAIR **Brown** | EYE **Brown** | |
| DL NUMBER/STATE ▓▓▓ | PRIMARY PHONE ▓▓▓ | PHONE #2 | | PHONE #3 | | |

| REPORTING OFFICER | DATE | REVIEWED BY |
|---|---|---|
| **1594 Moore** | **2/23/2026** | |

APD Case 2026



APS0172

## AKRON POLICE DEPARTMENT
### FIELD CASE REPORT

CASE# **2026-00021049**

### GENERAL PROPERTY

| PROPERTY CODE | | | | VALUE |
|---|---|---|---|---|
| **Stolen/Etc.** | | | | **$1.00** |
| QUANTITY/UNIT OF MEASURE | PROPERTY TYPE/CLASS | | SERIAL | COLOR |
| | **Other Equipment** | | | |
| ITEM DESCRIPTION | | | | |
| 46 Master Keys belonging to APS buildings. | | | | |

| PROPERTY CODE | | | | VALUE |
|---|---|---|---|---|
| | | | | |
| QUANTITY/UNIT OF MEASURE | PROPERTY TYPE/CLASS | | SERIAL | COLOR |
| ITEM DESCRIPTION | | | | |

| PROPERTY CODE | | | | VALUE |
|---|---|---|---|---|
| | | | | |
| QUANTITY/UNIT OF MEASURE | PROPERTY TYPE/CLASS | | SERIAL | COLOR |
| ITEM DESCRIPTION | | | | |

| PROPERTY CODE | | | | VALUE |
|---|---|---|---|---|
| | | | | |
| QUANTITY/UNIT OF MEASURE | PROPERTY TYPE/CLASS | | SERIAL | COLOR |
| ITEM DESCRIPTION | | | | |

| PROPERTY CODE | | | | VALUE |
|---|---|---|---|---|
| | | | | |
| QUANTITY/UNIT OF MEASURE | PROPERTY TYPE/CLASS | | SERIAL | COLOR |
| ITEM DESCRIPTION | | | | |

| PROPERTY CODE | | | | VALUE |
|---|---|---|---|---|
| | | | | |
| QUANTITY/UNIT OF MEASURE | PROPERTY TYPE/CLASS | | SERIAL | COLOR |
| ITEM DESCRIPTION | | | | |

| REPORTING OFFICER | DATE | REVIEWED BY |
|---|---|---|
| **1594 Moore** | **2/23/2026** | |

APS0173

## AKRON POLICE DEPARTMENT
### FIELD CASE REPORT
CASE# **2026-00021049**

### NARRATIVE

I was dispatched to the listed location in reference to a theft. On scene, I spoke with Chase Canfield the Executive Director of Human Resources and Akron Public Schools. Canfield stated that they had an employee, Darian Johnson, who was hired as the Custodial Supervisor in August of 2024. Johnson was then assigned master keys to multiple buildings to complete his duties. Johnson was placed on administrative leave in November of 2025. Johnson was asked multiple times verbally and in written form to return all keys that were distributed to him. Johnson has not returned those keys.

The estimated value of the keys was minimal but the value of re-keying each building could be approximately $40,000 per building depending on the size and amount of doors that needed re-keyed.

Johnson is currently appealing his termination with Akron Public Schools. Staff at Akron Public schools provided receipts of when Johnson signed each key out that he has not returned as well as correspondence to Johnson to return the keys, and a list of keys that are still missing. Additionally, they included their internal investigation of the event that he was terminated for.

BWC available.
Sgt. Notified.
DB notified. (744229)

| REPORTING OFFICER | DATE | REVIEWED BY |
|---|---|---|
| **1594 Moore** | **2/23/2026** | |

APD Case 2026-00021049 Page 3 OF 3

APS0174